# GOLDBERG & RIMBERG PLLC

*Attorneys at Law*

115 BROADWAY – 3RD FLOOR
NEW YORK, NEW YORK 10006
Tel: (212) 697-3250 x349
Fax: (866) 651-3196



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/12

September 24, 2012

**MEMO ENDORSED**

Via Email

Hon. Paul A Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

<u>United States v. Sierra et. al., (Jose Feliciano)</u>
11-cr-1032

Dear Judge Engelmayer:

I am the attorney assigned to represent defendant Jose Feliciano in this matter.

Your Honor may recall that at the last pre-trial conference, I advised the Court that I will be out of the country on vacation on the date scheduled for the next conference in this matter.

By this letter, I seek the Court's permission for other CJA counsel to cover this matter for me on September 28, 2012. Specifically, co-counsel Henry J. Steinglass, Esq., has agreed to assist me in the matter.   *OK. PAE*

In light of the above, I respectfully request permission for co-counsel to appear in my stead on behalf of Jose Feliciano on September 28, 2012.

Thank you in advance for Your Honor's consideration of this matter.

Respectfully,

Joseph A. Grob

cc: AUSA Jessica Ortiz (via email)
    Henry J. Steinglass, Esq.

SO ORDERED: 9/25/12

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE